# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports

No. 72
Fast Track Investment Company, LLC, &c.,
  Respondent,
   v
Richard Philip Sax, &c. et al.,
  Appellants.

Richard Philip Sax, for appellants.
Kira A. Schlesinger, for respondent.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Certification of questions by the United States Court of Appeals for the Ninth Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 23, 2020